AKRON BAR ASSOCIATION *v.* PARKER.

[Cite as Akron Bar Assn. *v.* Parker (1990), 52 Ohio St. 3d 262.]

(No. 89-1874—Submitted March 7, 1990—Decided July 18, 1990.)

*Peter T. Cahoon, Vincent J. Alfera, Stephen A. Fallis* and *James L. Wagner,* for relator.

*Thompson, Hine & Flory, Richard E. Guster;* and *Charles W. Kettlewell,* for respondent.

*Per Curiam.* We agree that respondent committed the misconduct found by the board. However, our review of the record and the arguments submitted by the parties convinces us that a lesser penalty is warranted by this case. Accordingly, respondent is hereby suspended from the practice of law in Ohio for a period of one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., HOLMES, DOUGLAS and WRIGHT, JJ., concur.

KOEHLER, H. BROWN and RESNICK, JJ., dissent.

RICHARD H. KOEHLER, J., of the Twelfth Appellate District, sitting for SWEENEY, J.

ALICE ROBIE RESNICK, J., dissenting. After a review of the record in this matter, I would not find misconduct as to Count One. I would, however, find misconduct as to Count Two. Based upon the respondent's professional history, a public reprimand would be more appropriate.

KOEHLER and H. BROWN, JJ., concur in the foregoing dissenting opinion.